UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jason Hofelich,

                Plaintiff,

-v-

Superintendent Robert Ercole, et al.,

                Defendant.
------------------------------------------------------------X
LAURA TAYLOR SWAIN, District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 26 2007

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 5663 (LTS)(FM)

     The above entitled action is referred to the designated Magistrate Judge for the following purpose:

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
            October 25, 2007

                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge