```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____      │
│ DATE FILED: 1/14/08     │
└─────────────────────────┘
```



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

**MEMO ENDORSED**

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

[212-416-8118]

January 14, 2008

By Fax: 212-805-6724
Honorable Frank Maas
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

_____
Frank Maas, USMJ  1/14/08

Re:  Hofelich v. Ercole, et. al., 07 CV 5663 (LTS)(FM)

Your Honor:

    I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, assigned to the defense of this matter. I write on behalf of defendants Superintendent Ercole, Sergeant Centanni, Correction Officers Lingenfelter-Bain and Erhart and Captain Keyser to respectfully request a forty-five (45) day enlargement of time to answer, move or otherwise respond to the Complaint until February 25, 2008.

    An extension of time is necessary to investigate the facts alleged in the complaint, obtain the necessary documents, and prepare an appropriate response on behalf of defendants Superintendent R. Ercole, Sergeant Centanni, Correction Officers Lingenfelter-Bain and Erhart and Captain Keyser.[1]

---

[1] I note that by making this request on behalf of defendants Superintendent Ercole, Sergeant Centanni, Correction Officers Lingenfelter-Bain and Erhart and Captain Keyser, I am not waiving any possible defenses that they may have, including the lack of personal jurisdiction.

Additionally, the parties are currently in the process of discussing settlement of this case as well as several others brought by plaintiff in the Southern District of New York (Hofelich v. Ercole, et. al., 07 CV 8059 (PKC)(DFE) and Hofelich v. Ercole, et. al., 06 CV 13697 (PKC)(DFE)) and the Western District of New York (Hofelich v. DiMichael, et. al., 07 CV 6549 (FE)). The two cases currently pending in the Southern District of New York have been referred to the Honorable Judge Douglas E. Eaton for him to oversee all general pre-trial proceedings and a status conference is currently scheduled for January 29, 2008 at 10:00 a.m.

I did not request the consent of incarcerated plaintiff pro se to extend defendants time to respond to the complaint because I wanted to make this request on behalf of the defendants forthwith. No previous requests for an extension of time to move or answer have been made.

Accordingly, I request that defendants' time to respond to the complaint be enlarged to February 25, 2008. I thank the Court for its consideration in this matter.

Respectfully submitted,

Julinda Dawkins
Assistant Attorney General

cc:  Jason Hofelich
     Plaintiff Pro Se
     DIN #: 01-A-5996
     Elmira Correctional Facility
     P.O. Box 500
     Elmira, NY 14902-0500