UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JASON HOFELICH,

    Plaintiff,

-v-                                      No. 07 Civ. 5663 (LTS)(FM)

SUPERINTENDENT ROBERT ERCOLE, et al.,

    Defendants.

-------------------------------------------------------x

### ORDER

At a telephone conference held before Magistrate Judge Frank Maas on August 5, 2008, and in a letter to Judge Maas signed by Plaintiff on the same date (enclosed herein), Plaintiff requested that the above-captioned case be discontinued. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's action is dismissed with prejudice.

    SO ORDERED.

Dated:      New York, New York
             August 12, 2008

                                              LAURA TAYLOR SWAIN
                                              United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: AUG 1 2 2008]

Copies mailed/faxed to PRO SE PLA
Chambers of Judge Swain     8-12-08

8/5/08

Dear Judge Maas,

I wish to dismiss the case 07CiV 5663 "religious property" discussed today on our conference call conducted with my counselor Mr. Lucas present.

Jason Hofelich
#01A5996

Mid-State C.F.
P.O. Box 2500
Marcy, N.Y. 13403

cc:file

RECEIVED AUG 08 2008
FRANK MAAS
U.S. MAGISTRATE JUDGE

RECEIVED AUG 11 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

LEGAL MAIL

MID-STATE CORRECTIONAL FACILITY
P.O. BOX 2500
MARCY, NEW YORK 13403
NAME: J. Hoffbeck
DIN: 01A5596

MIDSTATE CORRECTIONAL FACILITY

Judge Martin Batthuson District
United States District
500 Pearl Street
New York, NY 10007

USPS postmark: $00.42, AUG 06 2008, MAILED FROM ZIP CODE 13403